# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2230
Lower Tribunal No. 19-23386

————————

## MNM 87, LLC,

Appellant,

vs.

## Wilmington Savings Fund Society, FSB, etc.,

Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Shayan Elahi P.A., and Shayan Elahi (Dallas, TX), for appellant.

Law Offices of Mandel, Manganelli & Leider, P.A., and Christian Savio (Boca Raton), for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979).